FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 • Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

LAW OFFICE OF JEFFREY KANE
JEFFREY KANE, State Bar No. 183974
20902 Brookhurst Street, Suite 210
Huntington Beach, California 92646
Tel: (714) 964-6900 • Fax: (714) 964-6944
E-mail: lemnlaw@aol.com

Priority
Send
Enter
Closed
JS-5/JS-6  ✗
JS-2/JS-3
Scan Only

Attorneys for Plaintiff Richard Vernand

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| RICHARD VERNAND,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No. SA CV 08-00356 CJC (ANx)<br><br>HON. CORMAC J. CARNEY<br>Courtroom 9B<br><br>[PROPOSED] ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Complaint Filed: April 2, 2008<br>Trial Date: None Set |

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice.

DATED: ~~July 22,~~ 2008
August 1,

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER ON PARTIES' STIPULATION FOR ORDER
DISMISSING ACTION WITH PREJUDICE